UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No.  **CV 13-006574-FMO (KK)**                                      Date:  **June 5, 2015**

Title:  Shaun Darnell Garland v. Charlie Hughes

**DOCKET ENTRY**

PRESENT:

**HON. <u>KENLY KIYA KATO</u>, UNITED STATES MAGISTRATE JUDGE**

| <u>Deb Taylor</u> | <u>None</u> |
|---|---|
| Deputy Clerk | Court Reporter/Recorder |

ATTORNEYS PRESENT FOR PLAINTIFF(S):          ATTORNEYS PRESENT FOR DEFENDANT(S):
                None                                                              None

**PROCEEDINGS:**          **(IN CHAMBERS)**

The Court is in receipt of Plaintiff's Response (dated June 2, 2015) to this Court's May 20, 2015 Order to Show Cause Why This Action Should Not Be Dismissed for Failure to Prosecute and Comply With Court Orders.  ECF Docket No. 61.  In his response, Plaintiff claims to have failed to file an opposition because he did not "receive formal notice from the court . . . that the parties are officially in this phase, with instructions for the plaintiff to respond with an opposition."  <u>Id.</u>  In fact, contrary to Plaintiff's assertion, immediately after the filing of Defendant's Motion for Summary Judgment (ECF Docket No. 49, filed on April 7, 2015), this Court issued such an order (ECF Docket No. 50, filed on April 7, 2015).  Thus, Plaintiff's purported excuse for not filing a timely opposition lacks merit.

To the extent Plaintiff seeks additional time to file an opposition to Defendant's pending Motion for Summary Judgment, this Court has already issued an order *sua sponte* granting an extension of time to file an opposition until **June 18, 2015**.  ECF Docket No. 60.  As stated in that Order, no further extensions will be granted and failure to file an opposition (or notice of non-opposition) by that date will result in the dismissal of this case for failure to prosecute and/or failure to obey court order

Initials of Deputy Clerk          dts

MINUTES FORM 11
CIVIL-GEN