O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAUN DARNELL GARLAND, | Case No. CV 13-6574-FMO (KK) |
| Plaintiff, | |
| v. | **ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |
| CHARLIE HUGHES, | |
| Defendant. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, the relevant records on file, and the Final Report and Recommendation of the United States Magistrate Judge. The Court has engaged in a *de novo* review of those portions of the Report and Recommendation to which Plaintiff has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

///
///
///
///
///

IT IS THEREFORE ORDERED that Judgment be entered (1) dismissing Plaintiff's federal claims regarding his placement in administrative segregation in January 2012 and March 2012 with prejudice, (2) dismissing Plaintiff's federal claims regarding his placement in administrative segregation in August 2011 without prejudice, but without leave to amend, and (3) dismissing Plaintiff's state-law claims without prejudice, but without leave to amend.

DATED: September 18, 2015          _____/s/_____

HONORABLE FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE