JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAUN DARNELL GARLAND, | Case No. CV 13-6574-FMO (KK) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| CHARLIE HUGHES, | |
| Defendant. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that (1) Plaintiff's federal claims regarding his placement in administrative segregation in January 2012 and March 2012 are dismissed with prejudice, (2) Plaintiff's federal claims regarding his placement in administrative segregation in August 2011 are dismissed without prejudice, but without leave to amend, and (3) Plaintiff's state-law claims are dismissed without prejudice, but without leave to amend.

Dated: September 18, 2015

_____/s/_____
HONORABLE FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE